USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENZER BELL,

                Plaintiff,

-v-                                      No. 08 Civ. 8965 (RJS)
                                               ORDER

FARHAD EBADAT, *et al.*,

                Defendants.

---

RICHARD J. SULLIVAN, District Judge:

As stated by the Court at the conference held before it on Friday, May 1, 2009, Plaintiff may submit a letter to the Court, to be *received* no later than Friday, May 15, 2009, providing any additional authority or affidavits deemed relevant to his application for a default judgment. However, as stated at the May 1, 2009 conference, the Court directs Plaintiff to focus his attention on the validity of the liquidated damages provision at issue in the contract that Plaintiff seeks to enforce. If no submissions are made by Friday, May 15, 2009, Court will decide this matter on the papers currently before it.

SO ORDERED.

Dated:     May 4, 2009
             New York, New York

                                                            RICHARD J. SULLIVAN
                                                             UNITED STATES DISTRICT JUDGE

Copies of this order were sent to:

Renzer Bell
520 Westbrooks Street
South West
Cairo, GA 39828