USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENZER BELL,

                Plaintiff,

-v-

FARHAD EBADAT, *et al.*,

                Defendants.

No. 08 Civ. 8965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a motion filed by Plaintiff for "leave to amend the judgment entered in favor of the Plaintiff by adding European Touch Investments, Inc., and Stefan Craciun as defendants and judgment debtors." In light of the fact that these putative defendants were not named in Plaintiff's complaint and, as such, not ordered to show cause why judgment should not be entered against them, Plaintiff's motion is denied.

The Clerk of the Court is instructed to terminate the motion located at docket number 33.

SO ORDERED.

Dated:      December 30, 2009
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this order were mailed to:

Renzer Bell
519 Westbrooks Street
South West
Cairo, GA 39828

Renzer Bell
520 Westbrooks Street
South West
Cairo, GA 39828